**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6955**

———————

KARRIEM WALI MUHAMMAD,

Plaintiff - Appellant,

versus

UNITED STATES DEPARTMENT OF JUSTICE; JOHN
ASHCROFT,

Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Marvin J. Garbis, District Judge. (CA-01-
1397-MJG)

———————

Submitted:  August 17, 2001      Decided:  October 23, 2001

———————

Before WILKINS and NIEMEYER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Karriem Wali Muhammad, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Karriem Wali Muhammad appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. See <u>Muhammad v. United States</u>, No. CA-01-1397-MJG (D. Md. May 22, 2001).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] Assuming with deciding that Muhammad could assert a claim pursuant to the Supreme Court's decision in <u>Apprendi v. New Jersey</u>, 530 U.S. 466 (2000), under § 2241, we note that he cannot demonstrate error because his sentences did not exceed the applicable statutory maximums. See <u>United States v. Angle</u>, No. 99-4662 slip op. at 5 (4th Cir. June 29, 2001) (en banc) (published).